## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MARQUITA WAFER** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:22-cv-02041** |
| | § | |
| **SAM'S WEST, INC. d/b/a SAM'S** | § | |
| **CLUB** | § | |
| | § | |
| **DEFENDANT.** | § | |
| | § | |

## NOTICE OF SETTLEMENT

### TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Plaintiff Marquita Wafer and Defendant Sam's East, Inc., an Arkansas Corporation (improperly named Sam's West, Inc. d/b/a Sam's Club) and hereby notifies this Honorable Court that the parties have reached an agreement to settle any and all claims between them made the basis of this lawsuit.

The parties anticipates that the settlement will be finalized within the next 30 days, and at that time, the parties will submit an Agreed Motion to Dismiss with the Court.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: */s/ Derek S. Davis*
    **DEREK S. DAVIS**
    Texas Bar No. 00793591
    Email: Derek.Davis@CooperScully.com
    **JAMES KURITZKES**
    Texas Bar No. 24120956
    Email: James.Kuritzkes@CooperScully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

**ATTORNEYS FOR DEFENDANT**
**WAL-MART STORES TEXAS, LLC**

*And*

**BEST, WATSON & GILBERT, P.C.**

By: */s/*
    **ANDREW R. SCOTT**
    Texas Bar No. 24095195
    Email: ascott@bestlawcenter.com

870 W. I-30
Garland, Texas 75043
Telephone: (214) 528-6060
Facsimile: (214) 528-6020

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record named below, *via* facsimile, certified mail/return receipt request, electronic mail, and/or e-service on this 22nd day of September, 2022.

**Andrew R. Scott**
BEST, WATSON, & GILBERT, P.C.
870 W. I-30
Garland, Texas 75043
Telephone: (214) 528-6060
Facsimile:  (214) 528-6020
ascott@bestlawcenter.com
**ATTORNEY FOR PLAINTIFF**

/s/  Derek S. Davis
**DEREK S. DAVIS**